**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-1712**

─────────────

WILLIAM SCOTT DAVIS, Jr., a/k/a William Scott Davis, II and
a minor child JFD, as next best friend,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.   (4:13-cv-00062-RBS-DEM)

─────────────

Submitted:  July 18, 2013              Decided:  July 22, 2013

─────────────

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William Scott Davis, II, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order dismissing of his Federal Tort Claims Act complaint for failure to exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. United States, No. 4:13-cv-00062-RBS-DEM (E.D. Va. May 21, 2013). We deny Davis' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED